

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00389-CV

**IN THE INTEREST OF A.N.I.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI24031
Honorable Tina Torres, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the portion of the trial court's May 6, 2024 order stating:

On Tuesdays, Thursdays, and Saturdays of each month, the parent who is not in possession of the child shall be entitled to electronic communication with the child between 8:00 p.m. and 8:15 p.m. on each of those specific days.

is REVERSED, and this case is REMANDED to the trial court for proceedings consistent with this opinion.

The remainder of the trial court's May 6, 2024 order is AFFIRMED.

It is ORDERED that the parties bear their own costs on appeal.

SIGNED August 13, 2025.

_____
Adrian A. Spears II, Justice